1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | Case No.  CV 18-10258-AB (ADSx) |
|---|---|
| AMCO Insurance Company | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| United States of America, et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 16, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE